## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | |
| Gabriel G. Atamian MD,MSEE,JD, | : | Case No. 05-20040 (MFW) |
| Debtor. | : | |
| | : | |
| Gabriel G. Atamian MD,MSEE,JD, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 06-50435 (MFW) |
| U.S. Department of Education, and Secretary of U.S. Department of Education, and Signet Bank, | : | |
| Defendants. | : | |

**Designation of Additional Items to be Included in the Appeal Record**

| Date | Docket Number | Description |
|---|---|---|
| 1/20/06 | 1 | Complaint by Gabriel G. Atamian MD,MSEE,JD against National Payment Center, John Hopkins University, Signet Bank |
| 4/13/06 | 12 | Motion to Dismiss Case Filed by National Payment Center |
| 4/21/06 | 14 | Motion for a Defective Motion filed by United States of America Filed by Gabriel G. Atamian |
| 4/26/06 | 15 | Objection to the United States of America's Motion to Dismiss Filed by Gabriel G. Atamian |
| 5/10/06 | 20 | Response to Debtor's Motion for a Defective Motion Filed by National Payment Center |

| Date | No. | Description |
|---|---|---|
| 5/16/06 | 24 | Response to Response of United States to Debtor's Motion for a Defective Motion Filed by Gabriel G. Atamian |
| 6/9/06 | 29 | First Amended Complaint Filed by Gabriel G. Atamian |
| 7/12/06 | 38 | Answer to Complaint (First Amended Complaint) Filed by U.S. Department of Education and Secretary of U.S. Department of Education |
| 8/18/06 | 45 | Notice of Service of Discovery of Plaintiff Gabriel S. Atamian MD,MSEE,JD's Answer's to Defendant's United States America's Interrogatories Filed by Gabriel G. Atamian |
| 8/18/06 | 46 | Notice of Service of Discovery of Plaintiff's Response to United States America's Request for Production Filed by Gabriel G. Atamian |
| 8/18/06 | 47 | Appendix O to Plaintiff's Answer to Defendant's Interrogatories and Plaintiff's Response to Defendant's Request for Production Filed by Gabriel G. Atamian |
| 8/22/06 | 48 | Proposed Scheduling Order Filed by U.S. Department of Education and Secretary of U.S. Department of Education |
| 8/24/06 | 51 | Initial Disclosures Pursuant to Fed.R.Bankr.P. 7026 Filed by U.S. Department of Education and Secretary of U.S. Department of Education |
| 8/24/06 | 52 | Interrogatories of United States of America Filed by U.S. Department of Education and Secretary of U.S. Department of Education |
| 8/24/06 | 53 | United States of America's First Request for Production Filed by U.S. Department of Education and Secretary of U.S. Department of Education |
| 10/6/06 | 58 | Plaintiff's Interrogatories Directed to Defendants U.S. Department of Education Filed by Gabriel G. Atamian |
| 10/16/06 | 60 | Letter dated 10/13/06 to Ellen W. Slights regarding Addendum to Interrogatory #7 Filed by Gabriel G. Atamian |
| 11/6/06 | 61 | Motion for Protective Order Filed by U.S. Department of Education and Secretary of U.S. Department of Education |

COLM F. CONNOLLY
United States Attorney

BY: _____
Ellen W. Slights
Assistant United States Attorney
Delaware State Bar No. 2782
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| Gabriel G. Atamian MD,MSEE,JD, | : Case No. 05-20040 (MFW) |
| Debtor. | : |
| | |
| Gabriel G. Atamian MD,MSEE,JD, | : |
| Plaintiff, | : |
| v. | : Adv. Pro. No. 06-50435 (MFW) |
| U.S. Department of Education, and Secretary of U.S. Department of Education, and Signet Bank, | : |
| Defendants. | : |

### ISSUE ON APPEAL

Whether, in light of the United States Department of Education's administrative discharge of the student loan debts owed by the debtor to the United States Department of Education, the Bankruptcy Court erred in finding that it did not have jurisdiction to decide the remaining allegations in the debtor's First Amended Complaint that, as a result of a massive Jewish conspiracy, the debtor's mother was murdered, the debtor was unable to earn income after 1982, and that the debtor's dental conditions were mistreated.

                              COLM F. CONNOLLY
                              United States Attorney

BY: _____
                              Ellen W. Slights
                              Assistant United States Attorney
                              Delaware State Bar No. 2782
                              1007 Orange Street, Suite 700
                              Wilmington, DE 19899-2046