IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**  4

IN RE: Gabriel Atamian, MD, MSEE, JD

| | | |
|---|---|---|
| Gabriel Atamian, MD, MSEE, JD | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   07-355 |
| v. | ) | |
| | ) | |
| | ) | |
| U.S. Department of Education, Secretary | ) | |
| of U.S. Department of Education and | ) | |
| Signet Bank | ) | |
| Appellee | ) | Bankruptcy Case No. 05-20040 |
| | ) | Adversary Case No. 06-50435 |
| | | Bankruptcy Appeal No. 07-64 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 5/10/07 was docketed in the District Court on 6/5/07:

> Ordered that the Motion of the Department of Education for summary judgment is Granted; and it is further Ordered that the Educational Loans are Dischargeable pursuant to 11 U.S.C. 523(a)(8); and it is further Ordered that the remainder of the Complaint is Dismissed for lack of subject matter jurisdiction.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:  June 6, 2007

To:    U.S. Bankruptcy Court
       Counsel