IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:

  Appeal: In Re: Atamian v.
          U.S. Department of Education

C.A. No. 1: 07-cv-00355-SLR

MOTION TO PROCEED INFORMA PAUPERIS

COMES NOW plaintiff/appellant Gabriel G. Atamian, MD, MSEE, JD, moves this Court that in order to have the mandatory procedure of mediation of appeals, the appellant has to file an Application to proceed without prepayment of fees.

WHEREFORE, appellant prays this Court that the attached application to proceed in Forma Pauperis will be granted ; and, also, the fees of mediator, Mr. Kevin Brady, to proceed without fees.

Respectfully submitted,

*Gabriel G. Atamian, MD, MSEE, JD*
Gabriel G. Atamian, MD, MSEE, JD
1021 N. State Street Apt A
Dover, DE 19901
302-678-2546
Plaintiff/ Appellant. pro se

July 2, 2007

2007 JUL -2 AM 10:47
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

PROOF OF SERVICE

I, Gabriel G. Atamian, do hereby certify that a copy of the Motion to Proceed InForma Pauperis and Application to proceed without prepayment of fees and Affidavit, was served on July 2, 2007, postage prepaid, First Class US mail, on :

Ellen W. Slights
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046


Kevin Brady, Esq.
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, De 19899




Under penalty of perjury, I declare that the foregoing is true and correct.

*Gabriel G. Atamian, MD, MSEE, JD*
Gabriel G. Atamian, MD, MSEE, JD


July 2, 2007

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ DELAWARE

| | |
|---|---|
| Gabriel G. Atamian, MD, MSEE, JD<br><br>Plaintiff<br><br>V.<br><br>U.S. Department of Education,<br><br>Defendant | APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br>Re: Appeal<br>Re: Appeal<br>CASE NUMBER:<br>1: 07-cv-00355-SLR |

I, Gabriel G. Atamian, MD, MSEE, JD  declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

      1981, Howard University Medical School, Washington, DC
      Worked only 6 months.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☒ | ☐ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   3 e.        $550.00 gift from Dr. Richard Fuisz each month.

                 Dr. Fuisz and I, were interns at Cambridge City Hospital, Harvard Medical School, from 1965 to 1966.

   3 f.        Plaintiff is on SSI., $548.00 after taking deductions.

4. Do you have any cash or checking or savings accounts?  ☒ Yes    ☐ No

    If "Yes," state the total amount.  $497

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

       None.

I declare under penalty of perjury that the above information is true and correct.

_July 1, 2007_           _Gabriel G. Atamian, MD, MSEE, JD_
Date                                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.