# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

**Kevin F. Brady**
TEL (302) 888-6257
FAX (302) 255-4257
EMAIL kbrady@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

July 16, 2007

**Via Hand Delivery**
Ms. Elizabeth Dinan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

FILED
JUL 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Re: Appeal: In Re: Atamian v. U.S. Department of Education
C.A. No. 1:07-cv-00355-SLR

Dear Elizabeth:

On June 25, 2007, I was assigned as a mediator in the above-captioned matter. I have reviewed the materials you sent to me, which consists of information from the Bankruptcy Court as well as materials filed with the District Court. I have had telephone conversations, individually and jointly with Ms. Ellen Slights of the United States Attorney's office and the debtor, Dr. Gabriel Atamian. We discussed at length the issues on appeal (as identified by Dr. Atamian in the attached Notice of Appeal) and explored possible solutions to resolving the remaining issue in this matter.

After listening to the parties, I do not think that any additional sessions either telephonically or in-person would be helpful in assisting the parties to resolve the remaining issue. There appears to be no area of compromise on the remaining issue that mediation could address. I think that the best course for this matter would be to proceed to a briefing schedule. Therefore, I respectfully suggest that the above-referenced matter be placed on the docket for decision by the District Court.

If you have any questions, please contact me.

Yours very truly,

Kevin F. Brady
(Bar No. 2248)

KFB/gm
cc: Clerk, U.S. District Court
    Dr. Gabriel Atamian
    Ellen W. Slights, Esquire

551950_1

IN THE UNITED STATES BANKRUPTCY COURT  FILED
FOT THE DISTRICT OF DELAWARE

2007 MAY 21  AM 10: 44

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

  Gabriel G. Atamian, MD,MSEE,JD

  Debtor,

Chapter

Case No.  05-20040-MFW

Last four digits of Social Security
No. 57~~10~~ 5733 ~~99~~

Gabriel G. Atamian,MD,MSEE,JD,

  Plaintiff,

v.

U.S. Department of Education; and,
Secretary of U.S. Department of
Education, and Signet Bank,

  Defendants.

Adversary No. 06-50435 (MFW)

NOTICE OF APPEAL

  Gabriel G. Atamian,MD,MSEE,JD, the plaintiff appeals under 28 U.S.C. § 158(b) from the judgment , order, or decree of the bankruptcy judge denying the motion for the need of referral of this case to the United States Justice Department to investigate why the appellant because of jewish conspiracy was not able to earn a living since 1982; and, thus preventing to pay his student loan; and, therefore being in the bankruptcy court , today . That this case arise under/ or in bankruptcy case (core) and also qualify that it is related to the bankruptcy case( non-core); where, the jurisdiction of the bankruptcy court is deliniated by Congress, Article III ; which was entered in this adversary proceedingg on May 10, 2007.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Colm F. Connoly, Esquire
Ellen W. Slights, Esquire
Office of the United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE19899-2046
302-573-6277
Counsel for the United States Department of Education

U.S. Department of Education; and Secretary of
U.S. Department of Education
U.S Department of Education
P.O. Box 4169
Greenville, TX 75403-4169
Defendant

Gabriel G. Atamian, MD, MSEE, JD
1021 N. State Street,
Apt. A
Dover, DE 19901
302-678-2546
Pro se Appellant

George L. Miller
1628 JFK Blvd.
Philadelphia, PA 19103
Chapter 7 trustee

Dated: _May 21, 2007_

Signed: _Gabriel G. Atamian, MD, MSEE, JD_
Appellant Pro se

Appellant name: Gabriel G. Atamian, MD, MSEE, JD
Address: 1021 N. State Street, Apt A
Dover, DE 19901
Telephone No. 302-678-2546

2