IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>GABRIEL G. ATAMIAN,<br><br>         Debtor. | ) Chapter 11<br>) Bk. Nos. 05-20040 (MFW)<br>)<br>) |

| | |
|---|---|
| GABRIEL G. ATAMIAN,<br><br>      Appellant,<br><br>     v.<br><br>U.S. DEPARTMENT OF EDUCATION<br>and SECRETARY OF U.S.<br>DEPARTMENT OF EDUCATION,<br><br>      Appellees. | )<br>)<br>)<br>)<br>) Civ. No. 07-355-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this   17th  day of July, 2007, having received notice from

the mediator that mediation was not successful in this case (D.I. 6);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in

accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **August 17,**

**2007.**

2. Appellees' brief in opposition to the appeal is due on or before

**September 17, 2007.**

3. Appellant's reply brief is due on or before **October 1, 2007.**

United States District Judge