IN THE UNITED STATES DISTRICT COURT
FOT THE DISTRICT OF DELAWARE

In re:                                        :

  Gabriel G. Atamian, MD,MSEE,JD               :    Chapter 7

    Debtor,                                   : BK. Case No.  05-20040 MFW

                                              :

                                              : BK. Nos.   06-50435 (MFW)

                                              :

_____

Gabriel G. Atamian,MD,MSEE,JD,                :

    Plaintiff / Appellant,                    :

v.                                            :

                                              : Civ. No.  07-355-SLR

U.S. Department of Education; and,            :
Secretary of U.S. Department of
Education,and Signet Bank,                    :

    Defendants / Appellees.

                                     (1)
                                URGENT


MOTION TO RECUSE JUDGE SUE L. ROBINSON

    COMES NOW, plaintiff/Appellant Gabriel G. Atamian, MD,MSEE,JD,

and hereby moves the court for the recusal of Judge Sue L. Robinson,

due to violation of 28 USC § 137, the assignment provision; and,

in support of his motion states the following:

1.    On July 16, 2007, Appellant filed a letter of complaint

to the Chief Judge Gregory M. Sleet, against other officers of

the federal courts pursuant to Rule Governing Complaints, Rule 1(C)(2).

( See Exhibit A, attached hereto)

_____

(1) Appellant is having his vacation in the month of August.
    Therefore, respectfully requesting from the court's decision
    before the month of August.

2.   On July 19, 2007, Appellant contacted the clerk's office, to make sure that Judge Sleet has been served by the Clerk. Unfortunately, the letter is not docketed for the case, even though a copy of the letter was also served to Judge Robinson.

3.   On July 19, 2007, Appellant contacted  the chambers of Judge Sleet, where it was informed that they have not received such a letter from the clerk's office. Moreover, Appellant has mailed on July 16, 2007, via United States First Class mail a duplicate copy.

4.   In essence, the letter to Judge Sleet and Judge Robinson, describes, since 1999, the case was assigned directly and arb.itrarily to Judge Robinson by the clerk's office; thus, in violation of 28 USC § 137.

WHEREFORE, Appellant prays from the court   issue an order:

a. to investigate the complaint filed pursuant to Rule Governing Complaints , Rule 1(C)(2);

b. to find out why Appellant was singled out, since 1999, by not applying to his cases the provision dictated by 28 USC § 137;

c. that Judge Robinson to recuse from the present case.

Respectfully submitted,

*Gabriel G. Atamian, MD, MSEE,*

Gabriel G. Atamian, MD,MSEE,JD JD
1021 N. State Street, Apt A
Dover, DE 19901
302-678-2546
Appellant. Pro se

July 20, 2007

2

PROOF OF SERVICE

I, Appellant Gabriel G. Atamian, Md,MSEE,Jd, do hereby certify that
a copy of the Motion to Recuse Judge Sue L. Robinson, was served
on July 20, 2007, first class mail, postage prepaid, on:


Colm F. Connoly, Esquire
Ellen W. Slights, Esquire
Office of the United States Attorney
´007 Orange Street, Suite 700
Wilmington, DE19899-2046
302-573-6277
Counsel for the United States Department of Education


I do swear under penalty of perjury that the above foregoing is
true and correct.

*Gabriel C. Atamian, MD, MSEE*
Gabriel G. Atamian,MD,MSEE,JD   JD

July 20, 2007

**Gabriel G. Atamian, MD, MSEE, JD**
**1021 N. State Street Apt A**
**Dover, DE 19901**
**302-678-2546**

The Honorable Gregory M. Sleet
Chief Judge
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801                          July 16, 2007

          Re:  Appeal : In Re : Atamian v. U.S. Department of Education
               C.A. No. 1: 07-cv-00355-SLR

The Honorable Gregory M. Sleet:

     This a complaint against other officials of federal courts pur-
suant to Rules Governing Complaints, Rule 1(C)(2).

     My name is Gabriel G. Atamian, BA,BS,MA,MD,MSEE,MS,JD.
I am a physician, electrical engineer and a lawyer. I am , also,
an indigent person , living on my social security benefit of $548.00
per month.

     I have brought several suits against dentists and IRS , in the
U. District Court of Delaware, which are as follows:

               Atamian v. Almassian  95- 298- SLR  defendant is dentist
               Atamian v. Ralston 99-540-SLR  Defendant is a dentist
               Atamian v. Ellis  00-797-SLR   Defendant is the director
                                              for licensing for dentists
               Atamian v. Bahar  01-188-SLR  defendant is a dentist
               Atamian V. Bahar  01-452-SLR      "        "        "
               Atamian v. Barnhardth 01-663-SLR  defendant is IRS
               Atamian v. Gentile  06-183 SLR   defendant is a dentist
               Atamian v. Burns    06-196-SLR   defendant is a dentist

     On about, 1999, the Clerk's Office informed me that: "From now on,
all my cases filed in the district court will be assigned  only to
Judge Robinson because the Judge is familiar with my cases."

     As, it is evident that I am a Pro se litigant. Since 1991, I
have been studying law 4 to 5 hours a day. I have a degree by
correspondance of JD degree, on 1993.

     To my dismay, I did find out lately that: " Under the provision
of 28 USC § 137, civil case should be assigned at random by means
of an automated case assignment system."

     In my cases  , there was no assignment at random by means of
an automated case assignment system. It was, automatically and
arbritrarily assigned by the clerk to Judge Robinson ; thus, in
violation of 28 USC § 137.

                              1

$$Ex\overline{h}.\ A$$
$$(\not{l}.\ 1\ of\ 2)$$

I have at the present time a pending case from the bankruptcy court of DElaware, for an appeal, where the No. is 07-cv-00355►SLR , which was not assigned randomly by ˙   means of an automated case assignment system.
It was chosen by the clerk and assigned to Judge Robinson , as usual; thus, again, in violation of 28 USC § 137.

Hoping Your Honor will step into this matter, and prevent injustices which was done toward me until today.

Hoping to hear from Your Honor soon, and hoping that Your Honor will eradicate the assignment of the pending case and also for future cases,

Very truly yours,

*Gabriel G. Atamian,*

Gabriel G. Atamian
BA,BS , MA, MD, MSEE,MS, JD.
Pro se litigant

cc. Clerk's Office
Judge Sue L. Robinson
Ellen W. Silgths,(Counsel
  of US department of Education)

2

Exh. A
(p. 2 of 2)