IN THE UNITED STATES DISTRICT COURT
FOT THE DISTRICT OF DELAWARE

In re:                                            :

   Gabriel G. Atamian, MD, MSEE, JD    :    Chapter 7
     Debtor,
                                               : BK. Case No.   05-20040-MFW

                                               :
                                                 BK. Nos.   06-50435 (MFW)
                                               :

Gabriel G. Atamian, MD, MSEE, JD,                 :

   Plaintiff / Appellant,

v.                                                :

                                               : Civ. No.   07-355-SLR

U.S. Department of Education; and,                :
Secretary of U.S. Department of
Education, and Signet Bank,
                                               :
   Defendants / Appellees.

MOTION FOR STAY

COMES NOW, plaintiff/Appellant Gabriel G. Atamian, MD, MSEE, JD, and hereby moves the court for the stay of the proceeding until the matter of the violation of 28 USC § 137 , resolved .

WHEREFORE, Appellant prays that his motion for Stay is granted.

Respectfully submitted,

_Gabriel G. Atamian_, MD, MSEE, JD
Gabriel G. Atamian, MD, MSEE, JD
1021 N. State Street AptA
Dover, DE 19901
302-678-2546.
Appellant. Pro se

July 20, 2007

2007 JUL 20 PM 1:56
CLERK U.S. DISTRICT
DISTRICT OF DELAWARE

PROOF OF SERVICE

I, Appellant Gabriel G. Atamian,MD,MSEE,JD, do hereby certify that a copy of the Motion For Stay, was served on July 20, 2007, first class mail, postage prepaid, on:

Colm F. Connoly, Esquire
Ellen W. Slights, Esquire
Office of the United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE19899-2046
302-573-6277
Counsel for the United States Department of Education

I do swear under penalty of perjury that the above foregoing is true and correct.

*(signature)* Gabriel G. Atamian, MD, MSEE, JD

Gabriel G. Atamian,MD,MSEE,JD

July 20, 2007