IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) Bk. No. 00-05-20040 (MFW) |
| GABRIEL G. ATAMIAN, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| GABRIEL G. ATAMIAN, | ) Adv. No. 06-50435 (MFW) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civ. No. 07-355-SLR |
| | ) |
| U.S. DEPARTMENT OF EDUCATION, | ) |
| SECRETARY OF U.S. DEPARTMENT | ) |
| OF EDUCATION, SIGNET BANK, | ) |
| | ) |
| Appellees. | ) |

**O R D E R**

At Wilmington this 26th day of July, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED with respect to filing fees and DENIED with respect to mediation fees, as the matter has been placed on the docket for a decision by the U.S. District Court.

_____
United States District Judge