Gabriel G. Atamian, MD, MSEE, JD
1021 N. State Street Apt A
Dover, DE 19901
302-678-2546

Judge Sue L. Robinson
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

August 7, 2007

RE: Atamian v. Department of Education, et al.,
Civ. No. 07-355-SLR

Dear Judge Robinson:

Today I did file a Motion for Stay of the proceedings of the present case until The Third Circuit decides the the writ which was filed on July 24, 2007.
Therefore, the date of August 17, 2007, for the brief of Appellant to be filed becomes moot.

Moreover, I would like to inform to the court that I will be on my vacation from August 16, 2007 until September 10, 2007. I do respectfully request the court not to schedule any proceedings while I am on vacation.

Thanking the court from advance,

Very truly,

Gabriel G. Atamian, MD, MSEE, JD

cc; Cleck's Office
    Ellen W. Slights
    (Assistant United States Attorney)