IN THE UNITED STATES DISTRICT COURT
FOT THE DISTRICT OF DELAWARE

In re:                                          :
  Gabriel G. Atamian, MD,MSEE,JD           :    Chapter 7
    Debtor,                                    :    BK. Case No.  05-20040-MFW
                                                :
                                                :    BK. Nos.    06-50435 (MFW)
                                                :

Gabriel G. Atamian,MD,MSEE,JD,                  :
    Plaintiff/ Appellant,
                                                :
v.                                                   Civ. No.  07-355-SLR
                                                :

U.S. Department of Education; and,              :
Secretary of U.S. Department of
Education,and Signet Bank,
                                                :
    Defendants/ Appellees.

MOTION FOR STAY PENDING APPEAL

COMES NOW plaintiff/Appellant Gabriel G. Atamian, MD,MSEE,JD, and moves the court for the stay of the proceedings until the Third Circuit Court of Appeals decides the writ of the extraordinary proceedings; in support of his motion, states:

1. On July 24, 2007, Appellant filed Complaint in Proceedings for Extraordinary Writ to the Third Circuit Court of Appeals.[1]

2. Attached hereto as <u>Exhibit A</u>, is the verification that the writ was docketed on July 26, 2007, No. 7-3247.

---

[1] The Proof of service indicates that the writ was served on July 24, 2007, on:

    Ellen W, Sligths (Assistant US Attorney)
    Chief Judge Sleet
    Judge Robinson.

3.  <u>Exhibit A</u> , states that: " The petition will be forwarded to the Court for disposition."

WHEREFORE, Plaintiff/ Appellant prays the Court for a stay of the proceedings until the Third Circuit decides the disposition of the writ.

Respectfully submitted,

*Gabriel G. Atamian, MD, MSEE, JD*
Gabriel G. Atamian, MD, MSEE, JD
1021 N. State Street Apt A
Dover, DE 19901
302-678-2546
Appellant. Pro se

August 7, 2007

PROOF OF SERVICE

I, Appellant Gabriel G. Atamian, MD,MSEE,JD, do hereby certify a copy of Motion for Stay Pending Appeal , was served on August 7, 2007,on:

Ellent W. Slights
Office of the United States Attorney
1007 Orange Street, Suite700                    (VIA FAX  302-573-6431)
P.O. Box 2046                                              and
Wilmington, DE 19899-2046                       First Class mail, postage
                                                prepaid)

Chief Judge Gregory M. Sleet
844 N. King Street
Room 4324                                       (Courtesy delivery)
Lockbox 19
Wilmington, DE 19801

Judge Sue L. Robinson
844 N. King Street
Room 6124                                       (Courtesy delivery)
Lockbox 31
Wilmington, DE 19801

I declare under the penalty of perjury law that the above foregoings are true and correct.

_____
Gabriel G. Atamian,MD,MSEE,JD

OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4952

www.ca3.uscourts.gov

July 26, 2007

Mr. Gabriel G. Atamian
1021 North State Street
Apt. A
Dover, DE  19901

RE: Docket No. 7-3247
    In Re: Atamian
    Honorable Gregory M. Sleet,  Nominal Respondent
    [Related to Delaware District Civil No.07-cv-00355 ]

Dear Mr. Atamian:

We have today docketed the above-captioned case, filed by Gabriel G. Atamian, as No. 07-3247. This docket number must appear on all documents related to this case which are submitted to this Court.

Receipt is acknowledged today of petition which docketing fee has been paid.

The petition will be forwarded to the Court for disposition. The parties will be advised when an order is entered by the Court either denying the petition or directing response(s) be filed.

The requirements for the filing of an APPEARANCE FORM and DISCLOSURE STATEMENT are waived for pro se litigants.

**RULES AND PROCEDURES:**
The Local Appellate Rules (LARs) and the Court's Internal Operating Procedures (IOPs) are printed in several federal publications.  Copies of the LARs and the IOPs are available upon written request through the Clerk's office. The most recent amendments to the LARs and IOPs are also available on the Court's website at www.ca3.uscourts.gov.

Very truly yours,
MARCIA M. WALDRON
Clerk

*(signature)*

By:  Carmen M. Hernandez
     Case Manager

Exhibit A
(p. 1 of 1)