IN THE UNITED STATES DISTRICT COURT
FOT THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>  Gabriel G. Atamian, MD,MSEE,JD<br>    Debtor, | Chapter 7<br>BK. Case No. 05-20040-MFW<br>BK. Nos. 06-50435 (MFW) |
| Gabriel G. Atamian,MD,MSEE,JD,<br>    Plaintiff/Appellant,<br>v.<br>U.S. Department of Education; and,<br>Secretary of U.S. Department of<br>Education,and Signet Bank,<br>    Defendants/Appellees. | Civ. No. 07-355-SLR |

MOTION FOR THE BRIEFING SCHEDULING TO BE PREPARED BY THE COURT

    COMES NOW Gabriel G. Atamian,MD,MSEE,JD, hereby moves the court for the Briefing Scheduling to be prepared by the Court. In support of his motion , sates:

1.  On 11/07/07 , the court granted motion for stay pending appeal.

2.  On 11/05/07, the Supreme Court of the United States dismiss Appellant's Writ of Mandamus because of inability to pay.

    WHEREFORE, because of the above foregoing, the Order of stay should be vacated ; and, Appellant respectfully request the following:

    The court to prepare a new Briefing Schedule.
    Also, the court should take into consideration of Appellant's Christmas vacation from December 18, 2007 until January 17, 2008.

                                      Respectfully submitted,

                                    _/s/ Gabriel G. Atamian, MD, MSEE, JD_
                                    Gabriel G. Atamian, MD, MSEE, JD
                                    1021 N. State Street, Apt A
                                    Dover, DE 19901
                                    302-678-2546
                                    Appellant. Pro se

November 20, 2007

PROOF OF SERVICE

I, Appellant Gabriel G. Atamian, Md,MSEE,Jd, do hereby certify that a copy of the Motion For The Briefing Scheduling to be Prepared by the Court, was served on November 20, 2007, first class mail, postage prepaid, on:

Colm F. Connoly, Esquire
Ellen W. Slights, Esquire
Office of the United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE19899-2046
302-573-6277
Counsel for the United States Department of Education

I do swear under penalty of perjury that the above foregoing is true and correct.

_Gabriel G. Atamian, MD, MSEE, JD_
Gabriel G. Atamian,MD,MSEE,JD

November 20, 2007