IN THE UNITED STATES DISTRICT COURT
FOT THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
|   Gabriel G. Atamian, MD,MSEE,JD | :   Chapter 7 |
|     Debtor, | : BK. Case No.  05-20040-MFW |
| | : |
| | : BK. Nos.  06-50435 (MFW) |
| | : |
| Gabriel G. Atamian,MD,MSEE,JD, | : |
|    Plaintiff / Appellant, | : |
| v. | : |
| | : Civ. No.  07-355- SLR |
| U.S. Department of Education; and, Secretary of U.S. Department of Education, and Signet Bank, | : |
|    Defendants/ Appellees. | : |

TO TAKE NOTICE

Please take Notice that Appellant Gabriel G. Atamian,MD,MSEE,JD, will be out of town for his Chtistmas vacation from December 18, 2007, until January 17, 2008.

Appellant respectfully request from the court that no scheduling to be done while Appellant is on his Christmas vacation.

Respectfully submitted,

Gabriel G. Atamian,MD,MSEE,JD
1021 N. State, Street , Apt A
Dover, DE 19901
302-678-2546
Appellant. Pro se

November 20, 2007

PROOF OF SERVICE

I, Appellant Gabriel G. Atanian,MD,MSEE,JD, do hereby certify that a copy of the TO TAKE NOTICE , was served on November , 2007, on:

Colm F. Connoly, Esquire
Ellen W. Slights, Esquire
Office of the United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE19899-2046
302-573-6277
Counsel for the United States Department of Education

I do swear under penalty of perjury that the above foregoing is true and correct.

_____
Gabriel G. Atanian,MD,MSEE,JD

November 20, 2007