IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| GABRIEL G. ATAMIAN, ) | Bk. Nos. 05-20040 (MFW) |
| ) | |
| Debtor. ) | |
| | |
| GABRIEL G. ATAMIAN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 07-355-SLR |
| ) | |
| U.S. DEPARTMENT OF EDUCATION ) | |
| and SECRETARY OF U.S. ) | |
| DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Appellees. ) | |

# O R D E R

At Wilmington this 19th day of December, 2007, having received appellant's motion for a briefing schedule and appellant's brief and appendix filed in support of the pending appeal;

IT IS ORDERED that said motion (D.I. 13) is granted. Briefing shall proceed as follows:

1. Appellees' brief in opposition to the appeal is due on or before **January 18, 2008**.

2. Appellant's reply brief is due on or before **February 15, 2008**.

IT IS FURTHER ORDERED that, based on the Third Circuit's denial of appellant's application for a writ of mandamus, the stay entered on November 7, 2007 is hereby lifted.

_____
United States District Judge