No, 07-cv-355-SLR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GABRIEL G. ATAMIAN, MD, MSEE, JD
APPELLANT,

v.

U.S. DEPARTMENT OF EDUCATION
and SECRETARY OF U.S.
DEPARTMENT OF EDUCATION,
APPELLEES.

ON APPEAL TO THE UNITED STATES DISTRICT COURT OF
DELAWARE FROM THE BANKRUPTCY COURT

APPELLANT'S REPLY BRIEF

Gabriel G. Atamian,, BA, BS, MA, MD, MSEE, MS, JD
1021 N. State Street Apt A
Dover, DE 19901
302-678-2546

*Request of Oral Argument*

Notice of Oral Argument

Comes Now Appellant, Gabriel G. Atamian, BA, BS, MA, MD, MSEE, MS, JD do hereby respectfully request from the Honorable Court for an Oral Argument in this present case. In support of his Request, States:

1. This is an unusual case which should never have happened to a Born Again American Christian.

2. It is a complex case.

3. The Court of Bankruptcy has not followed the requirement of Bankruptcy Court.

Very Truly

February 13, 2008

Gabriel G. Atamian, MD, MSEE, JD

PROOF OF SERVICE

I, Appellant Gabriel G. Atamian, MD, MSEE, JD, do hereby certify that a copy of Appellant's Reply Brief was served on February 13, 2008, with postage prepaid, US Mail, on:

George L. Miller, Trustee
Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19013


Colm F. Connoly, Esquire
Ellen W. Slights, Esquire
Office of the United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046
302-573-6277
Counsel for the United States Department of Education


I do swear under penalty of perjury that the above foregoing is true and correct.

_____
Gabriel G. Atamian, MD, MSEE, JD


February 13, 2008