ORIGINAL    IN THE UNITED STATES DISTRICT COURT
            FOT THE DISTRICT OF DELAWARE

In re:                                      :

  Gabriel G. Atamian, MD,MSEE,JD            :    Chapter 7

    Debtor,                                 : BK. Case No.  05-20040-MFW

             Copies of ... ... ...       :
                                              BK. Nos.    06-50435 (MFW)
                                            :

Gabriel G. Atamian,MD,MSEE,JD,              :

    Plaintiff / Appellant,
                                            :
v.
                                            : Civ. No.   07-355- SLR

U.S. Department of Education; and,          :
Secretary of U.S. Department of
Education,and Signet Bank,                  :

    Defendants / Appellees.                 .

NOTICE of APPEAL to UNITED STATES COURT of APPEALS for the
THIRD CIRCUIT

Gabriel G. Atamian,MD,MSEE,JD, the plaintiff appeals to the United
States Court of Appeals for the Third Circuit from the Memorandum
Order of the distrcir court for the district of Delaware, entered
in this case on March 31, 2008 that the appeal is denied and the
bankruptcy court's order is affirmed..

The parties to the order appealed from and the names and addresses
of their respective attorneys are as follows:

> Gabriel G. Atamian,MD,MSEE,JD
> 1021 N. State Street,
> Apt. A
> Dover, DE 19901
> 302-678-2546
> Pro se Appellant
>
> George L. Miller
> 1628 JFK Blvd.
> Philadelphia, PA 19103
> Chapter 7 trustee



Colm F. Connoly, Esquire
Ellen W. Slights, Esquire
Office of the United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE19899-2046
302-573-6277
Counsel for the United States Department of Education

U.S. Department of Education; and Secretary of
U.S. Department of Education
U.S Department of Education
P.O. Box 4169
Greenville,TX 75403-4169
Defendant

Dated: April 4, 2008

*Gabriel G. Atamian, MD, MSEE,*

Gabriel G. Atamian,MD,MSEE,JD
1021 N. State Street Apt A
Dover, DE 19901
302-678-2546
Appellant . Pro se

2