IN THE UNITED STATES DISTRICT COURT
FOT THE DISTRICT OF DELAWARE

In re:

  Gabriel G. Atamian, MD, MSEE, JD          Chapter 7

    Debtor,                                 BK. Case No.   05-20040-MFW

                                          BK. Nos.      06-50435 (MFW)

---

Gabriel G. Atamian, MD, MSEE, JD,

    Plaintiff/ Appellant,

v.

                                        Civ. No.   07-355- SLR

U.S. Department of Education; and,
Secretary of U.S. Department of
Education, and Signet Bank,

    Defendants/ Appellees.

THE RECORD ON APPEAL

COMES NOW Gabriel G. Atamian, MD, MSEE, JD, respectfully request f pursuant to FRAP 6(b)(2)(B)(iii), the record on appeal to beas follows:

- the redesignated record which was forwarded by the bankruptcy court;
- the proceedings in the district court; and
- a certified copy of the docket entries prepared by the clerk under Rule 3(d).

Moreover, Appellant Gabriel G. Atamian, MD, MSEE, JD, respetfully request pursuant to 6(b)(2)(C)(ii) that the redesignated record to be sent to the Third Circuit.

                                                  Respetfully submitted,

                                                  /s/ Gabriel G. Atamian, MD, MSEE, JD
                                                  Gabriel G. Atamian, MD, MSEE, JD
                                                  1021 N. State Street Apt A
                                                  Dover, DE 19901
                                                  302-678-2546
Dated: April 4, 2008                            Appellant. Pro se

PROOF OF SERVICE

I, Appellant Gabriel G. Atamian, MD, MSEE, JD, do hereby certify that a copy of the Record on Appeal, was served on April 4, 2008, on:

Colm F. Connoly, Esquire
Ellen W. Slights, Esquire          (Via Hand Delivery)
Office of the United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE19899-2046
302-573-6277
Counsel for the United States Department of Education

I do swear under penalty of perjury that the above foregoing is true and correct.

*Gabriel G. Atamian, MD, MSEE, JD*
Gabriel G. Atamian, MD, MSEE, JD

April 4, 2008